BEFORE: DENIS R. HURLEY, U.S. DISTRICT JUDGE

DATE: MAY 23, 2007  AT: 11:30 -12:00   3:00 - 3:30

CIVIL CAUSE FOR: SETTLEMENT CONFERENCE
CASE NUMBER:   CV-05-4602

TITLE:   POWELL    V.   DONNELLY, ET. AL..

APPEARANCES:
  FOR PLAINTIFF:    ARTHUR GRASECK, JR.
  FOR DEFENDANTS:  BRIAN MITCHELL ESQ.
  COURT REPORTER:  OWEN WICKER

 X    CASE CALLED.

SETTLEMENT CONFERENCE HELD.  PLAINTIFF IS NOT PRESENT.
CASE ADJOURNED TO 3:00 PM TO ALLOW PLAINTIFF TO PARTICIPATE IN SETTLEMENT NEGOTIATIONS.

3:00 PM
   CASE RECALLED.  STIPULATION OF SETTLEMENT PLACED ON THE RECORD.

THE CASE IS DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

                                                 /S/
                                 DENIS R. HURLEY, U.S.D.J.

DATED: MAY 23, 2007